**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Azhar M. Chaudhary v. Victoria A. Mora and Kristie R. Salter

Appellate case number:    01-21-00352-CV

Trial court case number:  18-DCV-254442

Trial court:              434th District Court of Fort Bend County

Appellant Azhar M. Chaudhary has filed a combined motion for rehearing and for en banc reconsideration. The Court requests a response. The appellees' response is **due November 3, 2022**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: __October 20, 2022_____